# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CATHERINE WHEAT

VERSUS

C&F PHARMACY, INC., CHARLES
WAYNE HOLCOMB, TRENT
TEMPLES, 123 INSURANCE
COMPANY AND ABC INSURANCE
COMPANY

NO.   2020 CW 0374

**JULY 06, 2020**

---

In Re:   C&F Pharmacy, Inc. and Charles Wayne Holcomb, applying
for supervisory writs, 22nd Judicial District Court,
Parish of Washington, No. 109929.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT